```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22177
   JERRY D MCGRAW
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8839

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/27/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was dismissed after confirmation 10/06/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED            .00             .00
US BANK NATIONAL         NOTICE ONLY    NOT FILED            .00             .00
AMERICAS SERVICING COMPA CURRENT MORTG        .00            .00             .00
AMERICAS SERVICING COMPA MORTGAGE ARRE    1327.89            .00         1327.89
CHASE HOME FINANCE LLC   CURRENT MORTG        .00            .00             .00
THE CIT GROUP/CONSUMER F CURRENT MORTG        .00            .00             .00
COOK COUNTY TREASURER    SECURED          181.82             .00          181.82
COOK COUNTY TREASURER    SECURED NOT I NOT FILED             .00             .00
COOK COUNTY TREASURER    SECURED NOT I NOT FILED             .00             .00
HSBC MORTGAGE SVCS       CURRENT MORTG        .00            .00             .00
CBT ASPIRE               UNSECURED     NOT FILED             .00             .00
BANCO POPULAR            UNSECURED     NOT FILED             .00             .00
CAPITAL ONE              UNSECURED       1016.68             .00           70.73
CAPITAL ONE              UNSECURED       1099.78             .00           76.51
CREDIT BUREAU ACCOUNTS   UNSECURED     NOT FILED             .00             .00
CHRYSLER FINANCIAL       UNSECURED       3146.41             .00          218.88
CHICAGO MUNICIPAL EMPLOY UNSECURED     NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED        137.55             .00             .00
GE MONEY BANK/QVC        UNSECURED         63.97             .00             .00
RESURGENT CAPITAL SERVIC UNSECURED       1299.46             .00           90.40
FIRST NATIONAL CREDIT CA UNSECURED     NOT FILED             .00             .00
HOMEWOOD DISPOSAL SVCS   UNSECURED     NOT FILED             .00             .00
HSBC BANK NEVADA NA      UNSECURED        534.68             .00           37.20
HSBC BANK NEVADA NA      UNSECURED        787.83             .00           54.80
LOYAL CASKET CO INC      UNSECURED     NOT FILED             .00             .00
NORTHWEST COLLECTORS     UNSECURED     NOT FILED             .00             .00
PALISADES COLLECTION     UNSECURED     NOT FILED             .00             .00
SUPERIOR ASSET MANAGEMEN UNSECURED     NOT FILED             .00             .00
CHASE HOME FINANCE LLC   SECURED NOT I       .00             .00             .00
HSBC MORTGAGE SVCS       SECURED NOT I    3467.25            .00             .00
THE CIT GROUP/CONSUMER F SECURED NOT I       .00             .00             .00
VATIV RECOVERY SOLUTIONS UNSECURED       1567.98             .00          109.08

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22177 JERRY D MCGRAW
```

```
ERNESTO D BORGES JR      DEBTOR ATTY      2,500.00                    2,500.00
TOM VAUGHN               TRUSTEE                                        402.47
DEBTOR REFUND            REFUND                                          15.22

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  5,085.00

PRIORITY                                                   .00
SECURED                                               1,509.71
UNSECURED                                               657.60
ADMINISTRATIVE                                        2,500.00
TRUSTEE COMPENSATION                                    402.47
DEBTOR REFUND                                            15.22
                        ---------------        ---------------
TOTALS                   5,085.00                     5,085.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE